

*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*

*Peter L. Cooch*
*Special Assistant United States Attorney*
*Peter.cooch2@usdoj.gov*

*Office Location*
*6406 Ivy Lane, 8th Floor*
*Greenbelt, MD 20770-1249*

*DIRECT: 202-924-6259*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*

November 23, 2022

**BY CM/ECF**

The Hon. Ellen L. Hollander
U.S. District Court Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Jacky McComber*
              Crim. No. ELH-21-036
              Periodic Update Concerning the Defense's
              Discovery Requests

Dear Judge Hollander:

      Per the Court's order denying the defendant's motion to compel discovery pursuant to *Brady* at ECF # 198, I am writing to report on the National Security Agency's (NSA) progress in searching for and producing documents related to the defendant's Rule 17 subpoena to NSA from July 2022.

      Since the government's last update to the court on November 11, 2022, the NSA has continued to make progress collecting and reviewing data for production to the defense. Specifically, the NSA's Capabilities team received archived data related to Regina Shirley, a technical Contracting Officer's Representative (COR-T) assigned to the Ironbridge contract and priority custodian, for review. In addition, the government conducted screening interviews of four NSA employees—Michelle Piczak, Jonathan Nace, Jeannine Shaffer, and Michael Miller, which were focused on determining whether the individuals had any records that may be responsive to the defendant's Rule 17 subpoena requests. Based on those interviews, the NSA will provide instructions to those individuals to search their emails and other records for documents related to the defendant's Rule 17 subpoena requests, as set forth in the Court's order at ECF # 198. Finally, the government made a seventh production of discovery on November 23, 2022, containing 449 pages of records related to the defendant's requests for documents from NSA pursuant to its Rule 17 subpoena from July 2022.

1

The government will provide its next update concerning the status of NSA's response to the defendant's July 2022 Rule 17 subpoena requests to the Court on or before December 9, 2022.

                                    Very Truly Yours,

                                    Erek L. Barron
                                    United States Attorney

By:        /s/
                                    Peter L. Cooch
                                    Special Assistant United States Attorney

                                    Jefferson M. Gray
                                    Assistant United States Attorney

cc: Clarke Ahlers, Esq. (by CM/ECF)